**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Brian Bernard WILLIN, Defendant–**
**Appellant.**

**No. 13–10478**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Brian Bernard Willin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Willin has filed a response and requests the appointment of substitute counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Willin's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Willin's motion for the appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.